THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v MANUEL ARROYO, Defendant. [938 NYS2d 462]

Florio, J.P., Chambers, Hall and Miller, JJ., concur.